# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,          Criminal No. 10-88(1) (DWF/FLN)

    Plaintiff,

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

Arturo Lopez,

    Defendant.

---

Jeffrey M. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Craig E. Cascarano, Essq., Cascarano Law Office, counsel for Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 11, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1. Defendant's motion to suppress confessions, admissions or statements made in the nature of confessions (Doc. No. [68]) is **DENIED AS MOOT**;

2. Defendant's motion to suppress evidence obtained through illegal search (Doc. No. [70]) is **DENIED**.

Dated: June 29, 2010     s/Donovan W. Frank
                         DONOVAN W. FRANK
                         United States District Judge